UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA REISENMAN,

                Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-2481 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 ... ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 23, 2005, remanding the case; and instructing the Commissioner to properly reconsider the plaintiff's subjective testimony of pain and the opinions of her treating physicians; it is

ORDERED and ADJUDGED that the case is remanded; and that the Commissioner is instructed to properly reconsider the plaintiff's subjective testimony of pain and the opinions of her treating physicians.

Dated: Brooklyn, New York
       June 24, 2005

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court